ANDRE BIROTTÉ JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN (CBN 112613)
DONALD W. YOO (CBN 227679)
Assistant United States Attorneys
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2444/3994
    Facsimile: (213) 894-7819
    russell.chittenden@usdoj.gov
    donald.yoo@usdoj.gov

E-FILED: **3/16/10**

JS - 6

Attorneys for Defendants
KATHLEEN SEBELIUS, Secretary of U.S. Department
of Health and Human Services, and CHARLENE FRIZZERA,
Acting Administrator of the Centers for Medicare and
Medicaid Services

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED MEDICAL HOME CARE, INC., and Rodolfo S. Roldan,<br><br>    Plaintiffs,<br><br>  vs.<br><br>KATHLEEN SEBELIUS, as Secretary of the United States Department of Health and Human Services, and CHARLENE FRIZZERA, et al.<br><br>    Defendants. | No. CV 09-6982 GHK (AJWx)<br><br>**[~~PROPOSED~~] ORDER DISMISSING ACTION** |

IT IS HEREBY ORDERED that this action be dismissed without prejudice, each side to bear its own costs.

    DATED:   3/15/10

_____
UNITED STATES DISTRICT JUDGE